# United States District Court

FILED by D.C.
JUN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KATHLEEN SZABO

**CRIMINAL COMPLAINT**

CASE NUMBER: 00 - 4146 - SNOW

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 19, 2000 in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally import into the United States from a place outside thereof, and did knowingly and intentionally possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

in violation of Title 21 United States Code, Section(s) 952(a) and 841(a)(1)

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Jeffrey Outlaw
Special Agent, Customs

Sworn to before me, and subscribed in my presence,

June 20, 2000                    at Ft. Lauderdale, FL
Date                                 City and State

Lurana S. Snow

Name and Title of Judicial Officer
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT

I, Jeffrey S. Outlaw, being duly sworn, do hereby depose and state the following:

1. I am employed as a Special Agent with the United States Customs Service ("Customs"), United States Department of the Treasury, Ft. Lauderdale, Florida, and have been so employed since November 1992. Formerly, I was employed as a Special Agent of the U.S. Air Force Office of Special Investigations for four years. I am currently assigned to the South Broward Drug Enforcement Unit, a multi-agency task force involved in the investigation of narcotics smuggling and money laundering. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 18, 19, 21, 22, 31 and various other federal statutes. The following information is based upon my personal knowledge and that of my fellow agents and Customs Inspectors.

2. On June 19, 2000, U.S. Customs Inspectors in Fort Lauderdale, Florida, conducted an inbound inspection of passengers arriving into the United States at Fort Lauderdale International Airport from Kingston, Jamaica, onboard Air Jamaica Flight #87. One of the passengers inspected was KATHLEEN SZABO. SZABO was referred for a secondary Customs inspection where she was interviewed more extensively. During the secondary inspection, SZABO appeared nervous and was unable to provide specific information about whom she stayed with or where she stayed during her visit to Jamaica.

3. A patdown search was authorized to determine if SZABO was carrying any contraband on her person. The patdown search revealed three packets, wrapped in duct tape,

concealed underneath her brassiere. A probe of one of the packets produced a white paste which field tested positive for cocaine. The three packets had a combined weight of 2.48 lbs.

4.  SZABO, was advised of her <u>Miranda</u> warnings and waived same. SZABO admitted that she was to receive an unspecified amount of money and airfare if she delivered the "drugs" to the United States.

5.  Your affiant submits that based on the facts there exists probable cause to believe that KATHLEEN SZABO had in her possession and did knowingly import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21 United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of 21 United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT

JEFFREY S. OUTLAW, SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

Sworn to before me this
20th day of June, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

2