## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KATHLEEN SZABO (J)            CASE NO: 00-4146-SNOW
AUSA: DEB STUART / pres             ATTY: Pat Hunt
AGENT: DEA                          VIOL: 21:952; 841(a)(1)
PROCEEDING I/A ON COMPLAINT         RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED  FPD
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS  x's a wk/month by phone;  x's a wk/month in person
3) Travel extended to:

Deft advised of Charges - sworn for appting of counsel

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:    6-27  //  LSS
                          PRELIM/ARRAIGN:  6-30  //  LSS
                          REMOVAL HRG:
                          STATUS CONF:

Date: 6/20/00   Time 11:00   FTL/LSS TAPE #00- 029   Begin: 2503   End: 2577

re-call 2517