UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 60805-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-4146-SNOW
                           ) REPORT COMMENCING CRIMINAL
    -vs-                   )           ACTION
                           )
KATHLEEN SZABO             )
             Defendant

FILED by _____ D.C.
JUN 2 1 2000
CLERK U.S. MADDOX
S.D. OF FLA. DIST. CT.
FT. LAUD.

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-19-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 7-31-64

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: USC _____ (11) Phone: _____

(12) Comments: _____