# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KATHLEEN SZABO (J)    CASE NO: 00-4146-SNOW

AUSA: DEB STUART - *Bruce Brown*    ATTY: FPD - *Patrick Hunt*

AGENT: _____ VIOL: _____

PROCEEDING PTD HEARING    RECOMMENDED BOND PTD

BOND HEARING HELD - yes (no)    COUNSEL APPOINTED _____

BOND SET @ $250,000.00 CSB w/Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person

3) Travel extended to: _____

FILED by ___ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: _____

Date: 6/27/00    Time: 11:00    FTL/LSS TAPE #00- 035    Begin: 2506    End: 2571