DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CR-FERGUSON

21 U.S.C. 952(a)
21 U.S.C. 841(a)(1)
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

FILED by D.C.
JUN 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,  :

    PLAINTIFF,  :

v.  :

KATHLEEN SZABO,  :

    DEFENDANT.  :

_____

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 19, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

KATHLEEN SZABO,

did knowingly and intentionally import into the United States from a place outside thereof, that is, Jamaica, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine in excess of 500 grams, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.



COUNT II

On or about June 19, 2000, in Broward County, in the Southern District of Florida, the defendant,

KATHLEEN SZABO,

did knowingly and intentionally possess with the intent to distribute, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine in excess of 500 grams, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*Leonard Roth*
FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**       **CASE NO.** _____

v.

KATHLEEN SZABO                   **CERTIFICATE OF TRIAL ATTORNEY***
_____        **Superseding Case Information:**

**Court Division:** (Select One)      New Defendant(s)    Yes ___ No ___
                                   Number of New Defendants ___
___ Miami ___ Key West             Total number of counts ___
_X_ FTL  ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_      Petty        ___
   II   6 to 10 days      ___      Minor        ___
   III  11 to 20 days     ___      Misdem.      ___
   IV   21 to 60 days     ___      Felony       _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) _YES_____
   If yes:
   Magistrate Case No. __00-4146-SNOW_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of_____June 19, 2000_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? _ Yes _ No

                                   _____
                                   DEBRA J. STUART
                                   ASSISTANT UNITED STATES ATTORNEY
                                   COURT NO. A5500061

*Penalty Sheet(s) attached                                    REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  KATHLEEN SZABO

NO. _____

Count # I  21 U.S.C. 952(a)  (Importation of Controlled Substance)

*Max. Penalty:  5 years' mandatory minimum; 40 years' maximum imprisonment; $2,000,000 fine

Count # II  21 U.S.C.  841(a)(1) (Possession w/intent to distribute cocaine)

*Max. Penalty:  5 years' mandatory minimum; 40 years' maximum imprisonment; $2,000,000 fine

Count # _____

*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96