## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: KATHLEEN SZABO (J)　　　　　　　CASE NO: 00-6186-CR-FERGUSON

AUSA: DEB STUART  *Rice*　　　　　　　ATTY: FPD  *Hunt*

AGENT: _____　　　　VIOL: _____

PROCEEDING: ARRAIGNMENT　　　　　　　RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no　　　　　COUNSEL APPOINTED: _____

BOND SET @: _____　To be cosigned by: _____

*FILED by D.C. JUN 30 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

　　Reading of Indictment Waived
　　Not Guilty plea entered
　　Jury trial demanded
　　Standing Discovery Order requested

- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 6/30/00　　TIME: 11:00 A.M.　　FTL/LSS TAPE # 00 - 037　　Begin: 1428　　End: 1481

