UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6186-CR-FERGUSON

UNITED STATES OF AMERICA

vs

KATHLEEN SZABO

[FILED by D.C. — JUN 30 2000 — CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 30, 2000 where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: _custody_

Telephone: _____

DEFENSE COUNSEL:   Name: _Federal Public Defender_
Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ _____

Bond hearing held: yes ____ no ____   Bond hearing set for _____

Dated this __30TH__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
Deputy Clerk

Tape No. ____ 00- _637_

cc: Copy for Judge
    U. S. Attorney

