DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6186-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA      :

v.                            :

KATHLEEN SZABO,               :
        Defendant.        :
_____

GOVERNMENT'S SUPPLEMENTAL RESPONSE
TO STANDING DISCOVERY ORDER

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and provides the enclosed information by way of supplement to its response to the Standing Discovery Order in this cause, by the furnishing of the laboratory analysis which was received by the undersigned after the initial discovery response had been submitted for filing.

    A.  6.  Attached is the laboratory analysis of the contraband seized from the defendant.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

          By:    _____
                DEBRA J. STUART
                Assistant United States Attorney
                Court No. A5500061
                500 E. Broward Blvd. 7th Floor
                Ft. Lauderdale, Fl 33394
                Tel: (954) 356-7255
                Fax:(954) 356-7336

cc:   Special Agent Ayala
      Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this 20th day of July, 2000, to : Patrick Hunt, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33301.

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☐ Internal Body Carry ☐ Other (Specify) | | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Ft. Lauderdale, FL | June 19, 2000 | Customs Title 21 Investigation |
| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
| U.S. Customs Service | ☐ Case No. OR ☐ Seizure No. | June 21, 2000 | RAIC/FL HIDTA 3 |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | cocaine | Three packets wrapped in gray duct tape | 2.59 lbs | 2.59 lbs | |
| | | | | | | |
| | | | Please provide photos | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?   ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On June 19, 2000, Kathleen SZABO arrived on an Air Jamaica flight #87 from Kingston. Exhibit #1 was found concealed under SZABO's bra. Customs Inspector Linda Banks provided custody of Exhibit #1 to SSA Jeff Outlaw. SSA Outlaw transported Exhibit #1 to the Customs Seized Property Warehouse in Miami.

17. SUBMITTED BY SPECIAL AGENT (Signature): Jeffrey S. Outlaw
18. APPROVED BY (Signature & Title): James MacDonald G/S

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 HSEE | 6/22/00 | Jeffrey S. Outlaw SSA |
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) 6-22-2000 | 24. Print or Type NAME and TITLE Erid Tech |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

11396

Exhibit 1 contains cocaine hydrochloride.
  Gross Wt: 1177 g        Net Wt: 966.2 g

- Photos taken.


evb 7/6/00

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 113967 | cocaine hydrochloride | 80 | % | | 773.0 g | 963.4 g |

| 34. ANALYST (Signature) Christopher S. Derks | 35. TITLE Forensic Chemist | 36. DATE COMPLETED 6/30/00 |
|---|---|---|
| 37. APPROVED BY (Signature & Date) 7/7/2000 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, Florida |

Form - 7
1 1996    Previous edition dated 4/90 may be used until stock is exhausted.    1 - Prosecution