UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6186-CR-FERGUSON
Magistrate Judge Snow

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| KATHLEEN SZABO | ) |
| Defendant. | ) |
| _____ | ) |



## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5, the United States files its Speedy Trial Report.

1. Defendant Kathleen was arrested on June 19, 2000, and made her initial appearance in Court on June 20, 2000. On June 29, 2000, the indictment in the case at bar was filed. Therefore, the speedy trial clock was triggered on June 29, 2000. 18 U.S.C. 3161(c)(1). To date, no motions have been filed. Therefore, since June 29, 2000, when the Speedy Trial Clock was triggered, the government has determined that 53 days of non-excludable time have elapsed.

2. The following Speedy Trial Chart sets forth the proceedings that have occurred since June 29, 2000, resulting in excludable time under 18 U.S.C. §3161(h):

| DATES | ACTIVITY | ELAPSED TIME | EXCLUDABLE DAYS |
|-------|----------|--------------|-----------------|
| 6/29/00 | Indictment | | |
| 8/21/00 | Speedy trial report filed | 53 days | none |

**TOTAL TIME ELAPSED:**           **53 DAYS**         NONE TO DATE

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By   *Debra J. Stuart*

Debra J. Stuart
Assistant United States Attorney
Court No.A5500061
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3597
Fax: 954-356-7336

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by hand delivery (inter-office mail), August 21, 2000, to Patrick Hunt, Esq., 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Debra J. Stuart
Assistant United States Attorney