UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CR-FERGUSON

UNITED STATES OF AMERICA,  :

        Plaintiff,  :

        v.  :

KATHLEEN SZABO,  :

        Defendant.  :

_____:

**NIGHT BOX FILED**
**AUG 1 8 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Kathleen Szabo, through counsel, respectfully moves for a continuance of the trial in this matter by a period of at least thirty (30) days, from the currently scheduled trial period beginning August 28, 2000, and in support states as follows:

1. Defendant was arraigned in this matter on June 30, 2000. This case is currently set for trial during the two week period beginning August 28, 2000. This is the first trial setting in this matter.

2. Kathleen Szabo has mental health problems that should be addressed prior to any resolution of this case. Although it does not appear to counsel that Ms. Szabo is incompetent to stand trial, it has become apparent through client conversations and discussions with Defendant's father that Ms. Szabo has serious, long term mental health issues that must be addressed. Counsel has retained a psychiatrist, Dr. Michael Brannon, M.D., to meet with and evaluate Ms. Szabo at FDC. Dr. Brannon is scheduled to meet with Ms. Szabo on Thursday, August 24, 2000. Dr.



Brannon is also awaiting receipt of medical records and an opportunity to consult with a psychiatrist in California, Dr. Nasse, who has treated Ms. Szabo in the past. Dr. Nasse has been on vacation and unavailable, and was scheduled to return on August 16, 2000.

3. Counsel anticipates that these issues will be raised at sentencing, and not as a defense at trial. However, in light of the nature of the problems, it seems prudent to delay any disposition of this case until after Dr. Brannon's evaluation is complete.

4. In addition, counsel is scheduled to take an eagerly awaited vacation overseas from September 5-15, 2000. Counsel respectfully asks the Court to reset this matter for calendar call on or after September 18, 2000.

5. Ms. Szabo is incarcerated, but concurs in the requested continuance. Debra Stuart, the Assistant United States Attorney handling this matter for the government, has authorized counsel to represent that the government does not oppose the granting of the relief requested herein.

WHEREFORE, the Defendant Kathleen Szabo, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 18 day of August, 2000, to Assistant United States Attorney Debra Stuart, Fort Lauderdale, Florida.

*Patrick M. Hunt* (signature)

Patrick M. Hunt