UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6186-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KATHLEEN SZABO,

_____/

AUG 2 2 2000

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Trial, bearing Certificate of Service dated August 18, 2000, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The trial in this matter is hereby reset as follows: _September 18, 2000 at 3:15 p.m._

DONE AND ORDERED on this 21st day of August, 2000 at Fort Lauderdale, Florida.

UNITED STATES DISTRICT JUDGE

cc:   All counsel of record