UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**
SEP 1 3 2000

Case No. 00-6186-CR-FERGUSON
Magistrate Judge Snow

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

-vs-

KATHLEEN SZABO,

        Defendant.
_____/

## JOINT MOTION TO CONTINUE

The parties in this cause, the United States, by and through the undersigned Assistant United States attorney, and defendant KATHLEEN SZABO, by and through Assistant Federal Public Defender Robin Farnsworth (for Assistant Federal Public Defender Patrick Hunt), file this Joint Motion to Continue. In support of this Motion, the parties state the following:

1. This case was called for trial for the two-week period commencing August 28, and was reset for September 18, upon the motion of defendant for additional time to allow examination of the defendant by a mental health professional, Dr. Michael Brannon. The continuance was also designed to allow Dr. Brannon additional time to obtain prior medical records of defendant, and to consult with a prior treating physician.



2. Assistant Federal Public Defender Patrick Hunt, defendant's assigned counsel, has been out of the district since approximately September 1, 2000, and will not return to his office until September 18, 2000. Mr. Hunt cannot be reached by telephone or U.S. mail during his absence.

3. Assistant Federal Public Defender Robin Farnsworth, on behalf of Mr. Hunt and the Federal Public Defender's Office, has reviewed a portion of her office's file for defendant, and believes that at least a portion of the examination and consultation regarding Ms. Szabo has been completed; however, it is impossible to determine to a certainty whether additional examination is required, until, at least, Mr. Hunt's return to his office on September 18.

4. The parties are attempting jointly to resolve as many issues as possible to reach a just disposition of this case. Although it is likely that the defendant's medical history will not dictate that she is incompetent to stand trial, the undersigned counsel are unable to determine the exact status of the evaluation of Ms. Szabo's mental health. Neither counsel desires to see defendant transported for further examination unless such action is required; therefore the parties need additional time to pursue additional inquiry, as well as time to consult with each other, for a just disposition of this case.

5. As the United States has not hired Dr. Brannon nor consulted with him on this or any other criminal case (to the knowledge of the undersigned Assistant U.S. Attorney), it is not presently known whether the parties can agree on any findings, or if Dr. Brannon requires additional information to reach any conclusion.

6. The parties require an additional two weeks to determine what, if any, recommendation should be made to the Court, regarding the disposition of this cause.

NOW, THEREFORE, the parties respectfully request that this case be re-set to the October 2, 2000, calendar call of this Court, and for trial during the term beginning on the following week.

Respectfully submitted,

GUY A. LEWIS
ASSISTANT U.S. ATTORNEY

ROBIN FARNSWORTH
ASSISTANT FEDERAL
PUBLIC DEFENDER
FLA. BAR NO. 735043
101 N.E. 3rd Ave., #202
Ft. Lauderdale, Fl 33301

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
COURT NO. A550061
500 E. Broward Blvd. 7th Floor
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7255