UNITED STATES OF AMERICA,
    Plaintiff,
Vs.

KATHLEEN SZABO,
    Defendant.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6186-CR-FERGUSON

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, by defendant, Kathleen Szabo, on September 13, 2000. The Court having considered the motions and advise of the government that it does not oppose such motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **October 10, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday, October 02, 2000**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (9/13/00 to 10/10/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 20th day of September 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies: Debra Stuart, AUSA and Patrick Hunt, AFPD